
PLAINTIFF'S EXHIBIT 3

# Erik Wells Yoder

1545 Templeton Place Rockville, MD 20852 | Phone: 443.624.4600 | erikyoder1@gmail.com

## CAREER PROFILE

Attorney with a strong litigation and courtroom background combined with experience consulting on risk management, compliance with the BSA/USA Patriot Act, CFPB Regulations, FDCPA, FCRA, TILA, RESPA, UDAAP, SCRA, and foreclosure laws regulating mortgage servicers. Former criminal prosecutor, foreclosure attorney, Substitute Trustee, OCC Consent Order Independent Consultant, Certified Anti-Money Laundering Specialist, and Bankruptcy attorney. Capable of managing complex investigations or audits in a variety of contexts.

- **Consultative, Communications and Persuasive Abilities:** Skilled at condensing and clearly communicating complex information
- **Project and Client Management:** Effectively managed multiple projects under severe time constraints in every position. Handled heavy workloads with excellent client management qualifications in high-volume, high-pressure environments.
- **Research and Analysis:** Extraordinary ability to research and critically analyze vast amounts of data, extract the critical components and key issues, and develop original, resourceful solutions.

## PROFESSIONAL EXPERIENCE & ACCOMPLISHMENTS

McDermott Will & Emery - Washington, D.C.                                                            01/2015 to present
**Project Attorney**

Reviewed litigation documents to determine whether rules of discovery require producing emails, internal memo's, expert exhibits, and any other communications to opposing parties based upon legal analysis of attorney/client work-product and communication privileges. Examined discovery production to determine compliance with HIPAA and made redactions when appropriate.

PayPal/Ebay Inc. - Timonium, MD                                                                       9/2014 to 12/2014
**Regulatory Compliance Consultant**

Assisted with the development and documentation of policies and procedures for the company's Anti-Money Laundering ("AML") Program. Prepared detailed reports for management with analysis identifying compliance and operational risks associated with multiple consumer product lines. Managed a large-scale project to remediate the results and findings of an internal regulatory compliance audit.

The O'Neil Group, LLC - Bethesda, MD                                                      9/2013 to 7/2014
**Associate**

Represented mortgage lenders, servicers, investors, and distressed asset buyers and sellers in litigation and as in-house regulatory compliance counsel. Managed a nationwide network of outside counsel relationships on behalf of a large hedge fund group. Advised clients on all aspects of OCC and CFPB foreclosure and mortgage servicer regulations.

United States Department of Justice – Washington, D.C.                                    6/2013 to 9/2013
**Civil Fraud/Commercial Litigation Project Attorney**

Assisted trial attorneys with all phases of the Residential Mortgage Backed Securities (RMBS) investigation and pending litigation. Analyzed and evaluated the due diligence practices and procedures of leading investment firms regarding their securitization of mortgage loans. Investigated whether certain investment products and securities of a leading Wall Street firm were offered in compliance with SEC, FDIC, and the Dept. of Treasury's guidelines.

Legal Consultant for Promontory Financial Group – Denver, CO                            1/2012 to 1/2013
**OCC Foreclosure Review Independent Consultant**


Yoder
DEPOSITION EXHIBIT
3-24-17

Reviewed a large mortgage Servicer's practices for regulatory compliance in accordance with terms of the Office of Comptroller of Currency's Consent Order signed by several different mortgage Servicers in the country. Performed quality control review over analyst' findings of Servicer non-compliance with investor guidelines for: loss mitigation, underwriting, income calculation, GSE and Non-GSE Servicer agreements, and State law foreclosure compliance. Developed program guidelines for the foreclosure compliance portion of the independent consultant's Consent Order audit and consumer complaint review.

Managed a team of analysts in charge of investigating consumer complaints (specifically State law foreclosure violations) to ensure quality control and improve productivity over their work product. Conducted legal research and prepared memos for senior management as part of the project's most senior advisory group responsible for reporting all findings of regulatory non-compliance during the review process.

**The Law Offices of Shapiro & Burson, LLP** – Fairfax, VA         5/2007 to 9/2011
Associate

Drafted all pleadings, briefs, and motions necessary to litigate foreclosure disputes at trial. Analyzed all property records, court documents, loan documents, and judgment indexes for foreclosure cases to ensure that chain of title was clear of any defects. Served as appointed Trustee and fiduciary for the nation's largest lending institutions in the management of their secured collateral. Represented banks at sale/auction of properties and hearings regarding challenges.

Attended Bankruptcy Court hearings to defend lender's right to foreclose on properties. Communicated and negotiated settlement agreements with legal counsel to the IRS, in-house counsel to large banks, Assistant U.S. Attorneys, Dept. of Homeland Security, State Highway Department and other stakeholders.

**State's Attorney's Office of Calvert County** – Prince Frederick, MD         5/2005 to 5/2007
Assistant State's Attorney

Represented the State of Maryland and individual victims of crime in District and Circuit Court. Managed all phases of litigation and investigations. Interviewed witnesses, subject matter experts, victims, and police officers in preparation of bench and jury trials. Negotiated plea-bargains with opposing counsel when appropriate. Participated in public outreach programs to inform and educate the public regarding domestic violence prevention. Nominated and voted 2006 Prosecutor of the Year by the Optimists Club of Maryland.

**State of Maryland – Office of the Public Defender** – Leonardtown, MD         4/2003 to 5/2005
Assistant Public Defender

Represented low-income criminal defendants in as many as 40 cases per week. Conducted trials or negotiated settlements on behalf of defendants. Influenced prosecutors to agree to lesser charges and sentences.

## EDUCATION & ADDITIONAL

**American University, Washington College of Law** – Washington, D.C.
Juris Doctor (2002)
*Studied abroad: Comparative and environmental law, Paris-Geneva*
*Accepted into the College's #2 ranked Civil Trial Practice Clinic*
*Law Clerk with the Dept. of Labor, Plan Benefits Security Division in Washington, D.C. (2002).*

**Clemson University** – Clemson, SC
Bachelor of Science, Economics; emphasis on Commercial Law (1997)
*Studied abroad at Richmond College, London, England*

Admitted to the Maryland, Washington, D.C. Bar & District Court of Maryland

Certified Anti-Money Laundering Specialist (CAMS)
Active Public Trust Security Clearance