**Terrance Shanahan**

**From:** Erik Yoder
**Sent:** Wednesday, January 08, 2014 8:57 PM
**To:** Terrance Shanahan
**Subject:** RE: Estate of Corinne Wright; Daniel Melvin

The retainer agreement states that out of the $2200, 50% is due at first legal (which hasn't occurred yet), 30% upon return of Order to Docket, and the remaining 20% at sale. Our we asking for the whole amount of the $2200 with this next request for funds? He may not really care and just pay which is fine by me.

Maybe I should scale back the 5 hours to 1 hour since we are using the a la carte fee schedule? That would be $325.

He has paid $1100 - $975 = $125. Therefore, to cover costs to date we need $975 + the remaining $1,100=$ 2,075. Additionally, for the IOLTA account to cover anticipated costs we need $3,010. The grand total he needs to shell out is $5,085 to cover the entire flat fee, costs incurred, and anticipated costs to be placed in the IOLTA account.

Our costs thus far:
1) My hourly charges=$325
2) Default letter= $100
3) NOI- $200
4) DIL=$350
   Total= $975

**From:** Terrance Shanahan
**Sent:** Wednesday, January 08, 2014 8:33 PM
**To:** Erik Yoder
**Cc:** Kristin Ferraro
**Subject:** RE: Estate of Corinne Wright; Daniel Melvin

Erik,

Title report would be $350.

What I'd say on the fees is we charge him $100 for default letter, $200 for the NOI, $350 for the DIL and then net out the costs from the original $1100 and add the remainder to $1100 to come up with the rest of the flat fee. Then add up the projected costs to get to FC and ask for all of it. The projected cost will go in the IOLTA account. I think talking to the client or title company is covered in a flat fee. If he balks at anything I'll talk to John Foran.

For example, if we have incurred $450 in costs so far, then we'd be owed $650 + 1100+100+ 200+350=$2400 in fees, plus need $3010 in costs. (the costs number is assuming we didn't order title already/a title update would be less)

Kristin, can you see what costs we've incurred so far and give Erik the number?

Thanks,
Terry

**From:** Erik Yoder
**Sent:** Wednesday, January 08, 2014 3:46 PM
**To:** Terrance Shanahan
**Subject:** Estate of Corinne Wright; Daniel Melvin

260



CONFIDENTIAL

TOL007636