

Erik Yoder <eriky

**PLAINTIFF'S EXHIBIT 9**

## FW: billing invoices

**Erik Yoder** <EYoder@oneilgroupllc.com>
To: "erikyoder1@gmail.com" <erikyoder1@gmail.com>

Fri, Jun 13, 2014 at 11:31 AM

> **From:** William O'Neil
> **Sent:** Thursday, June 12, 2014 9:24 PM
> **To:** Erik Yoder
> **Subject:** Re: billing invoices

Eric I am out until Tuesday there should not be any mark up of costs, just fees. So let's take a look at this to make sure it's right

William O'Neil

202.445.4277

[Quoted text hidden]
[Quoted text hidden]