**William O'Neil**

**From:** Erik Yoder
**Sent:** Tuesday, June 17, 2014 1:06 PM
**To:** William O'Neil; Terrance Shanahan
**Subject:** billing discussion

Bill,

I just wanted to follow-up on our discussion today regarding invoices submitted to BSI that do not reflect the actual costs we paid to All-star title. As we discussed and you agreed, I would like assurances that the following has been completed within the next two weeks:

1) BSI is informed that invoices for Title work were submitted on files that did not reflect the actual costs but instead were the maximum allowable costs pursuant to their nationwide schedule(all of the files received since I started and any others prior to my start date);
2) BSI is offered the return of these funds;
3) BSI agrees to remediate this billing error as it may affect borrowers by correcting or reconciling any and all of the borrower's accounting of debt within their system of maintaining these records so that none of the borrowers are charged costs which were not actual.

Please cc me on any communications with BSI related to this issue. Additionally, if the resolution of this matter is not in writing but via a meeting in person with the client, I need to be present so that I have 100% certainty that my independent bar association ethical obligations have been fulfilled.

Sincerely,

Erik

Erik W. Yoder, Esq.
The O'Neil Group, LLC
7500 Old Georgetown Road
Suite 1375
Bethesda, MD 20814
(202) 684-7140
* Licensed in MD & Washington, D.C.

**This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

*CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

1



CONFIDENTIAL

TOL006989