PLAINTIFF'S EXHIBIT 16

William T. O'Neil
The O'Neil Group LLC
1629 K Street, N.W. Suite 300
Washington, D.C. 20006
woneil@oneilgroupllc.com
202-445-4277

**From:** Kristin Ferraro
**Sent:** Monday, June 23, 2014 3:02 PM
**To:** William O'Neil
**Subject:** RE: title costs

I'm pretty sure that Sallie had charged for title as soon as we ordered them from All Star. But yes, it is a mess.

Kristin Ferraro
The O'Neil Group, LLC
1629 K Street, NW        7500 Old Georgetown Road
Suite 300                Suite 1375
Washington, DC 20006     Bethesda, MD 20814
Main:  202.684.7140
Direct: 202-499-5963
Fax: 202-517-9179
kferraro@oneilgroupllc.com

NOTICE OF CONFIDENTIALITY Information contained in and transmitted with this communication is confidential, privileged and exempt from disclosure under applicable law; intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this electronic mail by or to anyone other than the recipient designated above by the sender is unauthorized and strictly prohibited. If you have received this communication in error, please notify the sender by telephone at 202.600.7753 immediately. Any communication erroneously transmitted to you should be immediately returned to the sender via e-mail, or if authorized by sender, destroyed.

**From:** William O'Neil
**Sent:** Monday, June 23, 2014 3:00 PM
**To:** Kristin Ferraro
**Subject:** RE: title costs

What a mess. I think we need to put Debbie in charge of MSO billings

William T. O'Neil
The O'Neil Group LLC
1629 K Street, N.W. Suite 300
Washington, D.C. 20006
woneil@oneilgroupllc.com
202-445-4277

**From:** Kristin Ferraro
**Sent:** Monday, June 23, 2014 2:59 PM
**To:** William O'Neil
**Subject:** RE: title costs


Shanahan DEPOSITION EXHIBIT 3 1-19-17

2

CONFIDENTIAL                                              TOL007132