To: William O'Neil

From: Erik Yoder

Date: June 30, 2014

Re: **LETTER OF RESIGNATION**

Effective June 30, 2014 I, Erik Yoder ("Employee"), resign my position as associate attorney at The O'Neil Group, LLC and MSO Legal Partners, LLC (collectively, the "Firm").

The Firm shall pay Employee his normal bi-monthly pay through July 31, 2014. Additionally, the Firm shall pay Employee his share of MSO Legal Partners, LLC revenues from foreclosure work collected in the month of June on July 15, 2014 and August 15, 2014.

The Firm will pay the Employee an additional $1000 on August 15, 2014 provided the Employee assists the Firm as follows:

1. The Employee will disclose to the Firm all information in his possession regarding scheduled events such as property sales or mediations whether or not calendared.
2. The Employee will provide information about all active files including pending actions, locations of physical files and electronic files, and will preserve and return all Firm-owned property.
3. The Employee will make himself available through August 15, 2014 to answer questions either telephonically or through e-mail about current cases.
4. The Employee will not disparage or demean the Firm or its employees, members or managers to any Firm employee, member or manager, to any client(s) or client employees, or to any other party or person. Further, the Employee will not discuss Firm clients, firm policies or procedures, firm strategies or decisions with any party or person.
5. The Employee releases any and all claims that he has or might have against the Firm.

The Firm will pay employee's health insurance through August 31, 2014.

The Firm will respond to any inquiries from potential employers of Employee that Employee voluntarily resigned his position.

THE TERMS OF THIS LETTER OF RESIGNATION ARE CONFIDENTIAL

EMPLOYEE                                    FIRM

_____                      _____
ERIK YODER                                  By: WILLIAM O'NEIL



YODER Prod. 000437
1/7