today. However, you will need to sign the attached. If you do not want to resign, then I will accommodate your insistence that you be fired. Let me know which of those two options you prefer.

William T. O'Neil

The O'Neil Group LLC

1629 K Street, N.W. Suite 300

Washington, D.C. 20006

woneil@oneilgroupllc.com

202-445-4277

---

**From:** Erik Yoder
**Sent:** Monday, June 30, 2014 12:20 PM
**To:** William O'Neil
**Subject:** Re: scheduled sale dates

Terry reiterated exactly what you said on Friday. There is no need for me to come into the office any longer but I could if I wanted the use of the office until the end of July. That sums up your statement to me on Friday and was Terry's understanding as well.

Sent from my iPhone

On Jun 30, 2014, at 12:11 PM, "William O'Neil" <WOneil@oneilgroupllc.com> wrote:

> For what its worth Erik, on Friday I told you to start looking for another job. I told you I was not firing you. I'm sorry you decided to handle things this way.
>
> William T. O'Neil
>
> The O'Neil Group LLC
>
> 1629 K Street, N.W. Suite 300
>
> Washington, D.C. 20006
>
> woneil@oneilgroupllc.com
>
> 202-445-4277

**From:** Erik Yoder
**Sent:** Monday, June 30, 2014 12:06 PM
**To:** William O'Neil
**Subject:** scheduled sale dates

Bill,

Bill- You made it very clear to me on Friday that my employment was terminated and that it was no longer necessary for me to come into the office. However, you stated that you wanted me to come in today to meet with you.

Apparently, you decided to cancel this meeting without telling me and sent Terry to discuss the terms of my departure. As I advised you on Friday and several times prior to last Friday's meeting I believe the issues I have raised with you need to be reported to Bar Counsel. As we discussed at our meeting I am represented by counsel and from this point forward will ask that any discussions regarding the terms and conditions of my efforts in assisting the firm and the client with any outstanding file or work related matters be discussed through my attorney. I will follow the advice of counsel as it relates to the necessity to report these ethical violations to additional authorities beyond Bar Counsel.

While I am here and in response to Terry's request I have compiled a list of scheduled sale dates:

1) Jason Butler, 2805 Maisel Street, Baltimore, MD. Aug. 12, 2014 at 3:10pm.

2) Robert Davis, 211 Green Street, Fruitland, MD- July 8th at 11:00am.

3) Damon and Raven Lewis, 18121 Merino Drive, Accokeek, MD- Aug. 5, 2014 at 2pm. Funmilayo Olugbemi, 1964 Arwell Court, unit F, Severn, MD – Aug. 11, 2014 at 2pm.

4) Regina L. Posedenti, 4511 White Avenue, Baltimore, MD – Aug. 12, 2014 at 3pm.

5) Luis Pizarro, 8033 Foxtail Lane, Glen Burnie, MD 21061- Aug. 07, 2014- at 2pm.