PLAINTIFF'S EXHIBIT 22

## William O'Neil

**From:** William O'Neil
**Sent:** Monday, June 30, 2014 1:51 PM
**To:** 'Justin Wenk'
**Cc:** Terrance Shanahan
**Subject:** RE: Erik Yoder

Erik has left the firm. We are on top of the schedule and Terry is going to handle MSO full time, and I will get more hands on in the TOG side of things. Terry has recently finished some work that was taking up a large amount of his time, and with the four lawyers we have we are confident we can handle the current case load. We are also open to exploring other options if we think its necessary

William T. O'Neil
The O'Neil Group LLC
1629 K Street, N.W. Suite 300
Washington, D.C. 20006
woneil@oneilgroupllc.com
202-445-4277

**From:** Justin Wenk [mailto:jwenk@bsifinancial.com]
**Sent:** Monday, June 30, 2014 1:46 PM
**To:** William O'Neil
**Subject:** Erik Yoder

What happen with Erik and how are we proceeding to handle the pretty large workload he had?

Thank you,

Justin Wenk
Vice President / Branch Manager

7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814
Phone: 1-866-581-4498, Option 5, Extension 7141
Fax: 1-877-783-8516
www.bsifinancial.com
NMLS ID Number 289173

### CONFIDENTIALITY & DISCLOSURE NOTE:

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or

1

copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of BSI Financial Services. BSI Financial Services accepts no liability for any damage caused by any virus transmitted by this email.

*BSI Financial Services is a debt collector, and information you provide to us may be used to collect a debt. However, if you have filed for bankruptcy, we will fully respect any applicable automatic stay, modification or discharge. Further, if you filed Chapter 7 bankruptcy, received a discharge, and this loan was not reaffirmed in the bankruptcy case, we will exercise only in rem rights as allowed under applicable law and will not attempt any act to collect, recover or offset the discharged debt as your personal liability.*

Disclaimer:
*Licensed as **Servis One, Inc.** in the state of Florida
*Licensed as **BSI Financial Services** in the state of Colorado. Colorado Office: 13111 East Briarwood Avenue, Suite 340, Centennial, CO 80112 (303)768-0200
***North Carolina Collection Agency Permit #108732**
*Licensed as **BSI Financial Services** in Alaska, Arizona, Arkansas, California, Colorado, Connecticut, District of Columbia, Georgia, Hawaii, Idaho, Indiana, Iowa, Kansas, Louisiana, Maine, Massachusetts, Minnesota, Montana, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, South Dakota, Tennessee, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming.
*Licensed as **BSI Financial Services, Inc.** in Delaware, Illinois, Kentucky, Maryland, Michigan, Missouri, Mississippi, Nebraska, Nevada, Pennsylvania, Rhode Island, South Carolina, and Texas.