Case 8:16-cv-00900-DKC   Document 36-24   Filed 06/19/17   Page 1 of 1

**PLAINTIFF'S EXHIBIT 23**

## William O'Neil

| | |
|---|---|
| **From:** | Erik Yoder |
| **Sent:** | Thursday, May 29, 2014 5:57 PM |
| **To:** | William O'Neil |
| **Cc:** | Terrance Shanahan |
| **Subject:** | Re: MSO Pipeline |

Ok, this is good news. I will drop in your office tomorrow to discuss a readiness plan.

Sent from my iPhone

On May 29, 2014, at 5:04 PM, "William O'Neil" <WOneil@oneilgroupllc.com> wrote:

> BSI/MCM expressed some concern to me today about an upcoming crush in MSO's work. In addition, they plan to buy an additional 5000 loans which could once again double the portfolio. For this reason, I think we need to 1) make sure CaseAware is being fully utilized and 2) examine our staffing to make sure that if we need some trained paralegals to help you, we get them on board before the crush. Lets talk about the next few months when you get a chance. BTW this is unrelated to your vacation plans, I have no problem with the timing, just need to make sure we plan for it.
>
> William T. O'Neil
> The O'Neil Group LLC
> 1629 K Street, N.W. Suite 300
> Washington, D.C. 20006
> woneil@oneilgroupllc.com
> 202-445-4277

1



O'Neil DEPOSITION EXHIBIT 13
3-7-17

CONFIDENTIAL

TOG006808