

PLAINTIFF'S EXHIBIT 24

In the Matter Of:

# ERIK YODER

vs.

# THE O'NEIL GROUP, LLC, et al.

# NIDA HASAN

January 20, 2017

```
 1           IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MARYLAND

 3

 4   ERIK YODER,                    *

 5              Plaintiff,          *

 6        vs.                       *   Civil Action

 7   THE O'NEIL GROUP, LLC,         *   No. 8:16-CV-00900 DKC

 8   et al.,                        *

 9              Defendants.         *

10

11

12           Oral Deposition of NIDA HASAN

13                Rockville, Maryland

14            Friday, January 20, 2017

15                    9:00 a.m.

16

17

18

19   Job No.: WDC-111420

20   Pages 1 - 62

21   Reported by:  Vicki L. Forman

22
```

```
 1              Oral Deposition of NIDA HASAN, held at the
 2    offices of:
 3
 4         DTI Deposition Services
 5         21 Church Street, Suite 150
 6         Rockville, Maryland  20850
 7         (301) 762-8282
 8
 9
10
11              Pursuant to agreement, before Vicki L.
12    Forman, Court Reporter and Notary Public in and for the
13    State of Maryland.
14
15
16
17
18
19
20
21
22
```

```
 1              A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4       HOWARD B. HOFFMAN, ESQUIRE

 5       Law Office of Howard B. Hoffman

 6       600 Jefferson Plaza, Suite 304

 7       Rockville, Maryland   20852

 8       (301) 251-3752

 9

10

11

12    ON BEHALF OF THE DEFENDANTS:

13       WILLIAM T. O'NEIL, ESQUIRE

14       The O'Neil Group, LLC

15       Suite 1375

16       7500 Old Georgetown Road

17       Bethesda, Maryland   20814

18       (202) 684-7140

19

20

21

22
```

```
 1                    C O N T E N T S

 2    EXAMINATION OF NIDA HASAN                            PAGE

 3         By Mr. Hoffman                                    5

 4

 5

 6

 7                    E X H I B I T S

 8                  (Retained by Counsel)

 9    HASAN DEPOSITION EXHIBIT                            PAGE

10      Exhibit 1    LinkedIn Page                          12

11

12

13

14

15

16

17

18

19

20

21

22
```

```
 1      Q    Did Mr. O'Neil ever indicate that Mr. Yoder
 2  had been making any kind of employment claims or other
 3  types of claims?
 4      A    No, not that I can recall.
 5      Q    And same question with respect to
 6  Mr. Shanahan.
 7           Did Mr. Shanahan ever indicate to you that
 8  Mr. Yoder had made an employment claim or any other
 9  types of claims?
10      A    No.
11      Q    Is it accurate to say that following
12  Mr. Yoder's separation your work continued to be
13  predominantly foreclosure related?
14      A    Yes.
15      Q    And in terms of percentage perhaps you could
16  describe how much of the work was foreclosure versus
17  everything else.
18      A    After Erik left -- maybe it was before he
19  left but there were a couple of Attorney Access clients
20  who needed general employment and labor compliance
21  advice so we went to the client site or we met them
22  outside the office.  That was I want to say maybe two or
```

```
 1   three occasions, if that.  Aside from that I mean it was
 2   primarily foreclosure.  I had a lot to learn so I was
 3   mostly focused on that.  I mean I don't know if I can
 4   put a number on it but that's mostly what I recall
 5   doing.
 6        Q    Would it have been maybe 90 percent
 7   foreclosure?
 8        A    I think that's fair.
 9        Q    Now, you also did bankruptcy work; is that
10   right?
11        A    Yeah, starting in the fall of 2014.
12        Q    Would that have been like filing a proof of
13   claim?
14        A    Yes.
15        Q    Would you have been involved in attending 341
16   meetings?
17        A    No.
18        Q    Who would have attended a 341 meeting?
19        A    I believe Terry was doing the meetings
20   because my issue at the time after I had given birth was
21   Terry had mentioned that we were geared towards
22   full-time employment which is what I needed to set up
```