**Hoffman, Howard**

| | |
|---|---|
| **From:** | William O'Neil <WOneil@oneilgroupllc.com> |
| **Sent:** | Monday, March 27, 2017 10:10 AM |
| **To:** | Hoffman, Howard |
| **Cc:** | Stephen Springer (springerlaw@msn.com) |
| **Subject:** | RE: Requested Stipulation |

PLAINTIFF'S EXHIBIT 25

I don't have a problem with this, although the phrase "by any stretch" does not seem necessary to me. But if its important to you I can live with it.

William T. O'Neil
The O'Neil Group LLC
1629 K Street, N.W. Suite 300
Washington, D.C. 20006
woneil@oneilgroupllc.com
202-445-4277

**From:** Hoffman, Howard [mailto:hbhoffmanesq@hoholaw.com]
**Sent:** Friday, March 24, 2017 6:03 PM
**To:** William O'Neil
**Cc:** Stephen Springer (springerlaw@msn.com)
**Subject:** Requested Stipulation

Mr. O'Neil,

During our tele conference today, you indicated that Woods Cove was a "peripheral point" which "was not a leading factor by any stretch" with respect to Mr. Yoder's separation from employment.

We would like you to consider a written stipulation reflecting this same language: "The loss of legal work from Woods Cove was a peripheral point, and not a leading factor by any stretch, with respect to my decision to request Mr. Yoder to resign from his job."

**Howard B. Hoffman, Esq.**
Attorney at Law
600 Jefferson Plaza, Ste. 304
Rockville, Maryland 20852
(301) 251-3752
(301) 251-3753 (fax)
www.hoholaw.com
*Admitted in Maryland, D.C., and Virginia*

Confidentiality notice: This email may contain confidential information which may also be legally privileged. It is intended only for the use of the Addressee(s) listed above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this email, or the taking of any action in reliance on the contents of this information, may be strictly prohibited by law. If you have received this email in error, please notify us immediately by the telephone number listed above.

*********************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed

under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein.

*********************************************************************
*********************************************************************